UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAMA CARES FOUNDATION<br>6195 El Camino Real<br>Carlsbad, CA 92009<br><br>and<br><br>BREEDLOVE FOODS, INC.<br>1818 N. Martin Luther King, Jr. Blvd.<br>Lubbock, TX 79403,<br><br>        Plaintiffs,<br>  v.<br><br>NUTRISET SOCIETE ANONYM FRANCE<br>BP 35 – Le Bois Ricard or MP 35 – Bois Du Roule<br>76770 Malaunay, France<br><br>and<br><br>INSTITUT DE RECHERCHE POUR LE DEVELOPMENT<br>Le Sextant, 44, boulevard de Dunkerque<br>CS 90009, F-13572<br>Marselle Cedex 02 France<br>or<br>213 Rue La Fayette<br>75480 Paris Cedex 10, France,<br><br>        Defendants. | Case:  1:09-cv-02395<br>Assigned To:  Judge Emmet G. Sullivan<br>Assign. Date:  December 29, 2009<br>Description:  General Civil |

**FIRST AMENDED COMPLAINT**

This is a Declaratory Judgment Action wherein the Plaintiffs seek a declaration of non-infringement, invalidity or unenforceability of United States Patent No. 6,346,284. This also is an action for false patent marking under Section 292 of the Patent Act (35 U.S.C. § 292).

**THE PARTIES**

1.  Plaintiff Mama Cares Foundation ("Mama Cares") is a not-for-profit California corporation having its principal place of business at 6195 El Camino Real, Carlsbad, CA 92009.

2.      Plaintiff Breedlove Foods, Inc. ("Breedlove") is a not-for-profit Texas corporation having its principal place of business at 1818 N. Martin Luther King, Jr. Blvd., Lubbock, TX 79403.

3.      Upon information and belief, Defendant Nutriset Societe Anonym France ("Nutriset") is a French corporation, having a principal place of business at either BP 35 – Le Bois Ricard, or MP 35 –Bois Du Roule, 76770 Malaunay, France.

4.      Upon information and belief, Defendant Institut de Recherche Pour Le Development ("IRD") is a French public research institute having its principal place of business at either Le Sextant, 44, boulevard de Dunkerque, CS 90009, F-13572 Marselle Cedex 02 France or 213 Rue La Fayette, 75480 Paris Cedex 10, France.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. §§1331, 1332 and 1338.

6.      This Court has personal jurisdiction over Nutriset and IRD pursuant to 35 U.S.C. § 293 which provides for personal jurisdiction over a non-resident patentee.

7.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(d).

## OVERALL SUMMARY

8.      This is an action for declaratory judgment pursuant to 28 U.S.C.§§ 2201 and 2202, adjudging that United States Patent No. 6,346,284 ("the '284 Patent") held by Nutriset and IRD is invalid, unenforceable and that Plaintiffs Mama Cares and Breedlove do not infringe any properly construed, validly issued, enforceable claim of the '284 Patent.

9.      This action arises out of Nutriset's and IRD's assertions that the '284 Patent prohibits others, including Mama Cares and Breedlove, from manufacturing and providing

Ready-to-Use Therapeutic Foods (RUTFs) to people, specifically children, in third world countries, particularly Africa.

10. This also is an action for false patent marking under Section 292 of the Patent Act (35 U.S.C. § 292). Nutriset and IRD have marked and/or continue to mark products with the '284 Patent number when the claims of the '284 Patent do not cover the product being marked.

## FACTUAL BACKGROUND

### The Problem - Hunger

11. According to the World Health Organization, hunger is the gravest single threat to the world's public health. About one billion people regularly suffer from hunger, and most are women and children. Malnutrition contributes to over half of all child deaths worldwide, and one child dies every six seconds from hunger-related causes. More people die of hunger every year than from AIDS, malaria and tuberculosis combined. Thus, there is a need to develop and provide greater resources and means to reverse this cycle of hunger and death.

12. Among the most urgent means that can be delivered is to increase the supply and availability of therapeutic foods for the most severely malnourished. Those products are now only available in limited supply.

### The Parties – Breedlove and Mama Cares

13. Breedlove and Mama Cares are dedicated to addressing the world hunger problem by providing ready to eat, superior nutrition and highly palatable food products for general population uses, for moderately and severely malnourished children, for people living with HIV/AIDS and for pregnant and lactating women. Breedlove and Mama Cares both have the desire, the expertise and currently available materials to produce RUTFs that would help to alleviate the world hunger problem.

14. Breedlove was founded as the first commercial-sized not-for-profit food processing plant in the world, and it became up and running entirely with local community support. In the early 1990s, the local Food Bank in Lubbock, Texas received bulk loads of donated vegetables from area growers due to cosmetic defects, or poor market conditions. Only a small percentage of the food could be used due to its short shelf-life and lack of storage capacity. Breedlove took advantage of this opportunity and used the donated vegetables to produce food products for donation to the needy.

15. Breedlove has nearly 15 years experience in the development and production of shelf stable products for international food relief programs for both development and emergency uses. In fact, using its well-established expertise, Breedlove has provided 13,656 metric tons of products to the International Food Relief Partnership program, representing over 650 million servings of food.

16. Mama Cares is a not-for-profit corporation formed in 2003 that has provided assistance to many individuals, families and organizations in need. It has recently focused its efforts on eliminating severe acute malnutrition which is the underlying cause of death of millions of children around the world every year. Mama Cares has partnered with World Vision to perform lab testing of nutrients and micro-nutrients to address the malnutrition problem.

### The Solution - Ready-to-Use Therapeutic Foods (RUTFs)

17. RUTFs are intended for use in feeding young children who are near death from severe malnutrition. When children are near death from starvation, it is a serious problem to get them to eat anything, much less eat a product that has the proper nutritional requirements. According to the World Health Organization, the World Food Programme, the United Nations System Standing Committee on Nutrition and the United Nations Children's Fund, the treatment

for severe acute malnutrition is to feed RUTFs to children until they have gained adequate weight.

18. Mama Cares has developed cashew and peanut-based RUTFs and Breedlove has developed a peanut-based RUTF. These nut-based RUTFs are highly desirable to use in addressing the world hunger problem because they are not only highly palatable to starving children but include all the nutrient requirements to aid in rapid recovery. These nut-based RUTFs are unique because they do not have to be refrigerated, they do not have to be mixed with water, they do not require medical supervision to administer, and they are cheaper to provide than traditional milk formula.

19. Doctors Without Borders implored the United States to spend part of its food aid on RUTFs in order to encourage more companies to produce the products. The United States is believed to be the only country with a sufficient surplus of nuts, particularly peanuts, and the capability to produce RUTFs in quantities that might make a difference to the world's starving children. Upon information and belief, there are organizations and companies in the United States, including Mama Cares and Breedlove, that want to produce these nut-based RUTFs at no profit. However, Mama Cares and Breedlove want to ensure that they can enter the market providing nut-based RUTFs for no profit without fear of the being sued by Nutriset and IRD for alleged infringement of the '284 Patent.

### The Impediment –Nutriset, IRD and the '284 Patent

20. In the course of developing nut-based RUTFs for distribution to starving people around the world, Mama Cares, Breedlove and others have been made aware of the '284 Patent.

21. Nutriset and IRD have declined to license others in the United States to manufacture a product allegedly covered by the '284 Patent and has threatened to sue anyone who in its view makes or sells an allegedly infringing nut-based RUTF.

22. The RUTF-making industry has been warned about infringing the '284 Patent. Nutriset and IRD have sent letters to organizations interested in producing nut-based RUTFs that indicate Nutriset's and IRD's unwillingness to license the '284 Patent and reinforces Nutriset's and IRD's belief that providing these RUTFs may constitute infringement of the '284 Patent.

23. As a result of Nutriset's assertions, Mama Cares and Breedlove have been given no choice but to seek assurance through the courts that their nut-based RUTFs can be manufactured and distributed to severely malnourished children without violating the '284 Patent.

24. Further, Nutriset and IRD have been directly and indirectly causing the false marking of products allegedly licensed under the '284 Patent with the patent number of the '284 Patent when the products are not covered by the claims of the '284 Patent. The falsely marked products include at least plumpy nut® RUTF/RUF made by Societe de Transformation Alimentaire (manufactured under Nutriset license) and plumpy nut® made by Nutriset. These products are marked as being covered by "IRD-Nutriset patent."

25. IRD and Nutriset either directly mark upon, affix to or use in advertising or instruct their licenses to mark upon, affix to or use in advertising the '284 Patent, also known as the IRD-Nutriset patent in conjunction with the identified products in violation of 35 U.S.C. § 292, with full knowledge that the claims of the '284 Patent do not cover the identified products. More specifically, the identified products fail to meet at least the limitation of "an osmolality less than 100 mOsm/kg" as required by the independent claim of the '284 Patent

26. Upon information and belief, Nutriset and IRD falsely mark these products with the '284 Patent for the purpose of deceiving the public and excluding competition.

## THE CLAIMS

27.     Mama Cares and Breedlove incorporate by reference the allegations of paragraphs 1 through 26 above.

28.     There exists an actual controversy between Mama Cares and Breedlove and Nutriset and IRD concerning whether the claims of the '284 Patent are valid, enforceable or infringed, by Mama Cares and Breedlove.  Based upon Nutriset's and IRD's actions, Mama Cares and Breedlove have an objectively reasonable apprehension that Nutriset and IRD will pursue allegations of infringement of the '284 Patent against Mama Cares and Breedlove.

29.     Mama Cares and Breedlove have not infringed and are not infringing any properly construed, valid, enforceable claim of the '284 Patent.

30.     The claims of the '284 Patent are invalid because they fail to comply with the conditions and requirements for patentability set forth in Title 35, United States Code, including but not limited to, the provisions of 35 U.S.C. §§ 102, 103 and 112.

31.     Mama Cares and Breedlove desire and request a judicial determination and declaration of the respective rights and duties of the parties based on the disputes recited above. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the '284 Patent.

32.     Nutriset and IRD have violated Section 292 of the Patent Act by falsely marking their products with the '284 Patent, evidencing an intent to deceive the public and exclude competition.

**DEMAND FOR JUDGMENT OF RELIEF**

WHEREFORE, Mama Cares and Breedlove respectfully request the following relief:

1.      That the Court grant and enter judgment declaring that Mama Cares and Breedlove do not infringe and have not infringed any properly construed, valid, enforceable claim of United States Patent No. 6,346,284;

2. That the Court enjoin Nutriset and IRD from making direct or indirect statements to its competitors, Mama Cares' and Breedlove's aid recipients or members of the general public indicating or intimating that Mama Cares' and Breedlove's manufacture and distribution of nut-based RUTFs infringes upon any valid and enforceable claim of United States Patent No. 6,346,284;

3. That the Court enter a judgment or decree that Mama Cares and Breedlove have the right to manufacture and distribute nut-based RUTFs without any threat or interference whatsoever by Nutriset and IRD based upon or arising out of the ownership of United States Patent No. 6,346,284;

4. That the Court declare that the claims of United States Patent No. 6,346,284 are invalid for failure to comply with 35 U.S.C. §§ 102, 103 and 112;

5. That the Court declare that Nutriset and IRD have falsely marked products with the patent number, United States Patent No. 6,346,284;

6. That the Court order Nutriset and IRD to make an accounting of all products made or sold either by Nutriset and IRD or under their direction or license that bear the patent number, United States Patent No. 6,346,284;

7. That the Court order Nutriset and IRD to pay $500 per false marking offense, or an alternative amount as determined by the Court, one-half of which shall be paid to the United States;

8. That the costs of this action be assessed against Nutriset and IRD; and

9. That the Court award to Mama Cares and Breedlove attorneys' fees and all other relief the Court deems appropriate.

Respectfully submitted this 27th day of April, 2010,

*/s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr., DC Bar No. TX0062
Kirby B. Drake, DC Bar No. TX0063
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
Email:  bobc@fulbright.com
Email:  kdrake@fulbright.com

Stephen M. McNabb, DC Bar No. 367102
Caroline M. Mew, DC Bar No. 467354
Rena Scheinkman, DC Bar No. 488861
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC  20004-2623
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643
Email:  cmew@fulbright.com
Email:  smcnabb@fulbright.com
Email:  rscheinkman@fulbright.com

Counsel for Plaintiffs
**MAMA CARES FOUNDATION AND BREEDLOVE FOODS, INC.**

OF COUNSEL:

Otis W. Carroll *(admitted pro hac vice)*
Deborah Race *(admitted pro hac vice)*
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX  75703-4419
Telephone:  (903) 561-1600
Facsimile:  (903) 581-1071
Email:  otiscarroll@icklaw.com
Email:  drace@icklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that this document has been served via e-mail upon Defendants' counsel in compliance with the Federal Rules of Civil Procedure and the Local Rules of the District Court for the District of Columbia on April 27, 2010.

Ali Reza Sharifahmadian – ali_sharifahmadian@aporter.com

Louis Ederer – louis.ederer@aporter.com

*/s/ Robert M .Chiaviello, Jr.*
Robert M. Chiaviello, Jr.